Justin T. Quinn
Robinson Miller LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LA JOLLA PHARMACEUTICAL COMPANY; LA JOLLA PHARMA, LLC and THE GEORGE WASHINGTON UNIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLAND PHARMA LIMITED, SHANGHAI FOSUN PHARMACEUTICAL (GROUP) CO., LTD. and FOSUN PHARMA USA INC.,<br><br>    Defendants. | CASE NO. 2:22-cv-01754 |

## **GLAND PHARMA, LTD.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Gland Pharma Ltd. ("Gland"), by and through its attorneys, hereby makes the following disclosures:

(1) Fosun International Holdings Ltd. is the parent corporation of Fosun Holdings Ltd., which is the parent corporation of Fosun International Ltd., which is the parent corporation of Shanghai Fosun High Technology (Group) Co., Ltd., which is the parent corporation of Shanghai Fosun Pharmaceutical (Group) Co., Ltd., which is the parent corporation of Fosun Industrial Co., Ltd, which is the parent corporation of Fosun Pharma Industrial PTE. Ltd, which is the parent corporation of Gland.

(2) Shanghai Fosun Pharmaceutical (Group) Co., Ltd., a publicly held corporation, indirectly owns more than 10% of Gland's stock through an acquisition of Gland in October 2017 by privately held subsidiaries of Shanghai Fosun Pharmaceutical (Group) Co., Ltd., including Fosun Pharma Industrial Pte. Ltd. and Fosun Industrial Co., Ltd. (along with Fosun Industrial Co., Ltd.'s affiliates).

(3) Fosun International Ltd., a publicly held corporation, indirectly owns more than 10% of Gland's stock through Fosun International Ltd.'s ownership of Shanghai Fosun High Technology (Group) Co., Ltd. and Shanghai Fosun Pharmaceutical (Group) Co., Ltd.

Dated: April 29, 2022

[remainder of the page left intentionally blank]

|  | ROBINSON MILLER LLC |
|---|---|
| OF COUNSEL:<br><br>Imron T. Aly (*pro hac vice forthcoming*)<br>Kevin Nelson (*pro hac vice forthcoming*)<br>ARENTFOX SCHIFF LLP<br>233 S. Wacker Dr., Suite 6600<br>Chicago, IL 60606<br>(312) 258-5500<br><br>Ahmed M.T. Riaz<br>ARENTFOX SCHIFF LLP<br>1185 Avenue of the Americas<br>Suite 3000<br>New York, NY 10036<br>(212) 753-5000<br><br>Jieun Lee (*pro hac vice forthcoming*)<br>ARENTFOX SCHIFF LLP<br>1717 K St. NW<br>Washington, DC 20006<br>(202) 857-6000 | By: s/ Justin T. Quinn<br>　　Justin T. Quinn<br>　　Robinson Miller LLC<br>　　Ironside Newark<br>　　110 Edison Place, Suite 302<br>　　Newark, NJ 07102<br>　　(973) 690-5400<br><br><br>*Attorneys for Defendant Gland Pharma Limited* |