

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

July 20, 2023

**VIA ECF**

Honorable James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

        **Re:**   *La Jolla Pharmaceutical Co., et al. v. Gland Pharma Ltd., et al..*
                **Civil Action No.: 2:22-cv-01754 (JXN)(JBC)**

Dear Judge Clark:

      Our firm, together with Haug Partners LLP, and Willkie Farr & Gallagher LLP, represents Plaintiffs La Jolla Pharmaceutical Company and La Jolla Pharma, LLC, and, together with Haug Partners LLP, represents The George Washington University (collectively, "Plaintiffs") in the above-referenced matter. With Robinson Miller LLC and ArentFox Schiff LLP, counsel for Defendants Gland Pharma Limited, Fresenius Kabi USA LLC, and Fresenius Kabi SwissBioSim GmbH, we write to respectfully request a modest extension to the deadlines for the parties to file their Joint Claim Construction and Prehearing Statement (currently due today; ECF No. 125) and to meet and confer to generate a joint proposed amended schedule to shorten case schedule if claim construction discovery and briefing are not required (current deadline July 21, 2023; ECF No. 103). In accordance with Your Honor's Order (ECF No. 125), the parties exchanged rebuttal claim construction evidence on July 18, 2023. The parties have since exchanged drafts of a Joint Claim Construction and Prehearing Statement and need a few extra days to finalize and file it. As such, the parties respectfully request that the deadline to file the Joint Claim Construction and Prehearing Statement be extended to July 24, 2023 and the deadline to meet and confer be extended to July 25, 2023. All other dates shall remain the same. If Your Honor finds this request acceptable, the parties respectfully request that Your Honor "So-Order" this letter and direct its entry on the docket.

      We thank the Court for its consideration and assistance in this matter. If the Court would like to discuss this issue further, the parties will make themselves available at the Court's convenience.

                                        Respectfully submitted,

                                        s/ Charles H. Chevalier_____
                                          Charles H. Chevalier

GIBBONS P.C.

July 20, 2023
Page 2

cc: all counsel of record (via ECF and Email)

SO ORDERED:

_____
The Honorable James B. Clark, U.S.M.J.