#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LA JOLLA PHARMACEUTICAL COMPANY, LA JOLLA PHARMA, LLC and THE GEORGE WASHINGTON UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>GLAND PHARMA LIMITED, FRESENIUS KABI USA, LLC, and FRESENIUS KABI SWISSBIOSIM GMBH,<br><br>Defendants. | Civil Action No.: 22-01754 (MEF) (JBC)<br><br>*Document electronically filed.*<br><br>**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION OF COUNSEL** |

**THIS MATTER** having been brought before the Court by Defendants, by and through its attorneys, Robinson Miller LLC, for the entry of an Order admitting Matthew T. Wilkerson, Esq. as counsel *pro hac vice*, pursuant to Local Civil Rule 101.1(c); and the Court having considered the Declarations of Justin T. Quinn, Esq. and Matthew T. Wilkerson, Esq.; and all counsel of record having consented to this application; and for good cause shown;

**IT IS** on this ___31st_____ day of _____August_____, 2023, hereby

**ORDERED** that Defendants' application is granted, and Matthew T. Wilkerson, Esq. is admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1(c), for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Matthew T. Wilkerson, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that Matthew T. Wilkerson, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a); and it is

further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Matthew T. Wilkerson, Esq. shall make payment of $150.00 to the Clerk, United States District Court, as required by Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law of this Court employed by the Firm of Robinson Miller LLC, who shall be responsible for said papers and for the conduct of Matthew T. Wilkerson, Esq.

**IT IS SO ORDERED.**

*s/James B. Clark, III*
HON. JAMES B. CLARK, III, U.S.M.J.