

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

October 5, 2023

**VIA ECF**

Honorable Michael E. Farbiarz, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07102

      Re:   *La Jolla Pharmaceutical Co., et al. v. Gland Pharma Ltd., et al..*
             Civil Action No.: 2:22-cv-01754 (MEF)(JBC)

Dear Judge Farbiarz:

    Our firm, together with Haug Partners LLP, and Willkie Farr & Gallagher LLP, represents Plaintiffs La Jolla Pharmaceutical Company and La Jolla Pharma, LLC, and, together with Haug Partners LLP, represents The George Washington University (collectively, "Plaintiffs") in the above-referenced matter. With Robinson Miller LLC and ArentFox Schiff LLP, counsel for Defendants Gland Pharma Limited, Fresenius Kabi USA LLC, and Fresenius Kabi SwissBioSim GmbH, we write pursuant to Local Patent Rule 4.6 and the Stipulation and Order Amending the Pretrial Scheduling Order (ECF No. 103) regarding the claim construction hearing.

    The parties believe that two hours will be sufficient for the claim construction hearing. The parties are available to hold the claim construction hearing on November 9, November 10, November 14 or November 15, 2023. Plaintiffs prefer that the hearing be in person. Defendants are amenable to the hearing being conducted either in-person or remote. If those dates are not convenient for the Court, the parties are happy to confer and provide the Court with additional dates. At this time, the parties are not planning on presenting any witness testimony during the hearing.

    Should the Court wish to discuss this matter further, the parties will make themselves available at the Court's convenience. The parties thank the Court for its time and assistance in this matter.

                                  Respectfully submitted,

                                  s/ Charles H. Chevalier
                                    Charles H. Chevalier

cc: all counsel of record (via ECF and Email)