IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LA JOLLA PHARMACEUTICAL COMPANY, LA JOLLA PHARMA, LLC and THE GEORGE WASHINGTON UNIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>GLAND PHARMA LIMITED, FRESENIUS KABI USA, LLC, and FRESENIUS KABI SWISSBIOSIM GMBH,<br><br>*Defendants*. | Civil Action No. 2:22-cv-01754-MEF-JBC<br><br>*Document Electronically Filed* |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rues of Civil Procedure, Plaintiffs La Jolla Pharmaceutical Company, La Jolla Pharma, LLC and The George Washington University (collectively, "Plaintiffs") and Defendants Gland Pharma Limited, Fresenius Kabi USA, LLC and Fresenius Kabi SwissBioSim GmbH (collectively, "Defendants") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by Plaintiffs and Defendants against each other in the above-captioned action are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: February 20, 2025

 s/ Charles H. Chevalier
Charles H. Chevalier
Stephen R. Donat
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
cchevalier@gibbonslaw.com
sdonat@gibbonslaw.com

 s/ James S. Richter
James S. Richter
**MIDLIGE RICHTER LLC**
645 Martinsville Road
Basking Ridge, New Jersey 07920
(908) 626-0622 ext. 103
jrichter@midlige-richter.com

OF COUNSEL:

Christine A. Gaddis
**GIBBONS P.C.**
141 West Front Street, Suite 240
Red Bank, New Jersey 07701
(732) 704-5801
cgaddis@gibbonslaw.com

OF COUNSEL:

Edgar H. Haug
Sandra Kuzmich, PhD
Nicholas F. Giove
Andrew S. Wasson
Anna N. Lukacher
Anne Rock
**HAUG PARTNERS LLP**
745 Fifth Avenue
New York, New York 10151
(212) 588-0800
ehaug@haugpartners.com
skuzmich@haugpartners.com
ngiove@haugpartners.com
awasson@haugpartners.com
alukacher@haugpartners.com
arock@haugpartners.com

*Attorneys for Plaintiffs*
*La Jolla Pharmaceutical Company, La Jolla Pharma, LLC, and The George Washington University*

Michael W. Johnson
Matthew Freimuth
Eric L. Saunders
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York, 10019-6099
(212) 728-8000
mjohnson1@willkie.com
mfreimuth@willkie.com
esaunders@willkie.com

*Attorneys for Plaintiffs*
*La Jolla Pharmaceutical Company and La Jolla Pharma, LLC*

Ahmed M.T. Riaz
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019 United States
(212) 484-3900
Ahmed.Riaz@afslaw.com

Imron T. Aly
Kevin M. Nelson
Matthew T. Wilkerson
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606 USA
(312) 258-5500
Imron.Aly@afslaw.com
Kevin.Nelson@afslaw.com
Matthew.Wilkerson@afslaw.com

*Attorneys for Defendants*
*Gland Pharma Limited, Fresenius Kabi USA, LLC, and Fresenius Kabi SwissBioSim GmbH*

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date: 2/21/25

2